Court of Appeals
P.O. Box 12308
Austin, Tx 28711

1-22-15

70,035-05

re: zip code change

Sirs,

    Please be informed, Richmond, Tx "ZIP CODE" changed from 77469
to 77406.

Please make change on your records.

Respectfully,

Michael D. Brugman

M. Brugman #1168101
3 Jester Rd
Richmond, Tx 77406

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk